MEMO ENDORSED

## RICHARD B. LIND

ATTORNEY AT LAW

575 LEXINGTON AVENUE

4TH FLOOR

NEW YORK, N.Y. 10022

TELEPHONE (212) 888-7725
E-MAIL: rlind@lindlawyer.com
WEBSITE: www.richardlindlawyer.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-17-20

January 16, 2020

**By ECF**

Hon. Andrew L. Carter
United States District Judge
U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: United States v. Samuel Sanchez
20 Cr. 33 (ALC)

Dear Judge Carter:

In December 2019, I was appointed CJA counsel for Defendant Samuel Sanchez. Very recently, the government filed an indictment in the above-referenced case charging Mr. Sanchez and co-defendant Thomas Bautista in a one-count Indictment charging a narcotics conspiracy. This Court has scheduled an arraignment for tomorrow, January 17, at 12:15 p.m. to arraign both defendants. Because of a long-standing professional commitment in Philadelphia, I will not be available tomorrow. John M. Burke, Esq., an experienced CJA attorney in this District has agreed to stand in for me at the arraignment. I intend to visit Defendant Sanchez at the MCC tonight, to review the Indictment with him, and make sure that he also agrees to have Mr. Burke represent him on this one occasion.

I would appreciate it if the Court grants this application.

Respectfully submitted,

Richard B. Lind

cc: All Counsel (by ECF)
John M. Burke, Esq. (by email)

The application is ✓ granted.
                   ___ denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: January 17, 2020
NY, New York