UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

United States of America,

                                                                          **ORDER**
                                                                          20-CR-33 (ALC)

          -against-

Samuel Sanchez,

--------------------------------------------------------------X
ANDREW L. CARTER, JR., United States District Judge:

      The Sentencing scheduled for March 5, 2021 is adjourned to **June 24, 2021** at **11:30 a.m.**

      SO ORDERED.

Dated: New York, New York
           March 1, 2021

                                                                 */s/ Andrew L. Carter, Jr.*
                                                          **ANDREW L. CARTER, JR.**
                                                         **UNITED STATES DISTRICT JUDGE**

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#:
DATE FILED: 3-1-21