USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _____6/9/21_____

 UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,                          :
                                                   :
                              Plaintiff,           :
                                                   :          20-CR-33 (ALC)
                 -against-                          :
                                                   :          **ORDER**
SAMUEL SANCHEZ,                                    :
                                                   :
                              Defendant.           :
                                                   :
                                                   :
-------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

        The sentencing scheduled for June 24, 2021 is adjourned to **3:30 p.m.**

**SO ORDERED.**

**Dated:**         **New York, New York**
               **June 9, 2021**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**